| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Aldisert, Ruggero J. | 2. Court or Organization Third Circuit | 3. Date of Report 05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 120 Cremona Drive Suite "D" Santa Barbara CA 93117-5511 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritus Trustee | University of Pittsburgh |
| 2. Board of Visitors, Law School | University of Pittsburgh |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Aldisert, Ruggero J.

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/20/09 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $9,775.85 |
| 2. 7/20/09 | Nat'l Institute of Trial Advocacy (Publications Royalties) | $3,236.00 |
| 3. 12/3/09 | AuthorHouse (Publictions Royalties) | $3,819.25 |
| 4. 12/3/09 | AuthorHouse (Publications Royalties) | $15.75 |
| 5. 3/20/09 | Thompson Reuters (Publications Royalties) | $1,641.78 |
| 6. 8/19/09 | Yao Enterprises (Publications Royalties) | $73.58 |
| 7. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Blair Cty Bond | A | Interest | | | Redeemed | 07/01/09 | J | | |
| 2. Santa Barbara Bank & Trust Co. | A | Interest | L | T | | | | | |
| 3. Cantella & Co (IRA) | B | Dividend | K | T | | | | | |
| 4. ---Columbia Marsico 21stFund | A | Dividend | | | Sold | 11/25/09 | J | | |
| 5. ---Davis New York Venture | | | | | | | | | |
| 6. ---Van Kampen Equity & Income | | | | | | | | | |
| 7. ---Alliance Bernstein Balaned | | | | | | | | | |
| 8. ---Growth Fund America Inc. | | | | | | | | | |
| 9. --Pimco Commodity Real Return | A | Dividend | | | Sold | 06/20/09 | J | | |
| 10. --Pimco Global Multi-Asset | A | Dividend | J | | Buy | 11/25/09 | J | | |
| 11. --Columbia Acorn, class C | A | Dividend | J | | Buy | 11/25/09 | J | | |
| 12. | | | | | | | | | |
| 13. MUTUAL FUNDS | | | | | | | | | |
| 14. Gabelli Asset | A | Dividend | K | T | | | | | |
| 15. Davis New York Venture | A | Dividend | K | T | | | | | |
| 16. Columbia Acorn Fund Cl A | A | Dividend | K | T | | | | | |
| 17. American Funds: Growth Fund of America | A | Dividend | K | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds:Tax Exempt CA "F" | A | Interest | K | T | | | | | |
| 19. Royce Total Return | A | Dividend | J | T | | | | | |
| 20. First Eagle Overseas Fund | A | Dividend | K | T | | | | | |
| 21. Franklin Mutual Recovery Fd | | None | | | Sold | 06/30/09 | J | | |
| 22. Alliance Bernstein Muni Income | A | Interest | K | T | | | | | |
| 23. Diamond Hill Long-Short Fund | A | Interest | J | T | | | | | |
| 24. Bear Stearns Temp Fund | A | Dividend | | | Sold | 06/30/09 | J | | |
| 25. Van Kampen Strategic Muni | | None | | | Sold | 06/30/09 | J | | |
| 26. American Funds Fundamental Invs Inc F-1 | A | Dividend | K | T | | | | | |
| 27. Columbia FDS Ser Tr | | None | | | Sold | 6/30/09 | J | | |
| 28. Alliance-Bernstein Small/MID | A | Dividend | J | T | | | | | |
| 29. Pimco FDS | | None | | | Sold | 06/30/09 | J | | |
| 30. Van Kampen Equity & Income | | None | | | Sold | 06/30/09 | J | | |
| 31. Van Kampen Harbor | A | Dividend | J | T | Buy | 07/20/09 | J | | |
| 32. VanKampen Comstock A | A | Dividend | K | T | Buy | 07/20/09 | K | | |
| 33. Van Kampen High Yield Muni CA | A | Interest | L | T | Buy | 07/20/09 | L | | |
| 34. Columbia Marsico 21st Cent A | A | Dividend | J | T | Buy | 07/20/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Van Kampen Interm-Trdm Muni | A | Interest | K | T | Buy | 09/20/09 | K | | |
| 36. PIMCO Unconstrained Bond A | A | Interest | K | T | Buy | 09/20/09 | K | | |
| 37. Block Rock Liquidity Fed-Fund Select | A | Dividend | J | T | Buy | 09/20/09 | J | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. COMMON STOCKS | | | | | | | | | |
| 43. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 44. Bank of New York Melllon Corp | A | Dividend | K | T | | | | | |
| 45. Pfizer | A | Dividend | | | Sold | 05/11/09 | J | B | |
| 46. General Electric | A | Dividend | K | T | | | | | |
| 47. IShares FTSE/Xinhau China 25 Fund | A | Dividend | J | T | | | | | |
| 48. Schlumberger LTD Antilles | A | Dividend | J | T | | | | | |
| 49. Apple. Inc. | | None | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. INVESTMENT CLUB Mission Impossible Partners | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Berkshire Hathaway | | | | | | | | | |
| 53. ---Exxon Mobil Corp | | | | | | | | | |
| 54. ---Schlumberger Ltd | | None | | | Sold | 11/20/09 | J | | |
| 55. ---Apple,Inc | | | | | | | | | |
| 56. ---Nucor Corp. | | | | | | | | | |
| 57. ---United Technologies | | None | | | Sold | 01/20/09 | J | | |
| 58. --- Bank of America | | | | | | | | | |
| 59. ---Chesapeake Energy Corp | | | | | | | | | |
| 60. --Alcoa | A | Dividend | J | | Buy | 01/20/09 | J | | |
| 61. --Abbott labs | A | Dividend | J | | Buy | 01/20/09 | J | | |
| 62. --BP PLC ADR | A | Dividend | J | | Buy | 03/10/09 | J | | |
| 63. --Caterpillar Inc | A | Dividend | J | | Buy | 03/10/09 | J | | |
| 64. ---Cliffs Nat Res Inc | A | Dividend | J | | Buy | 10/20/09 | J | | |
| 65. ---Ford Motor Co | A | Dividend | J | | Buy | 11/30/09 | J | | |
| 66. ---Johnson & Johnson | A | Dividend | J | | Buy | 11/30/09 | J | | |
| 67. ---Massey Energy Co. | A | Dividend | J | | Buy | 11/30/09 | J | | |
| 68. ---Annaly Capital Mang. Co | A | Dividend | J | | Buy | 11/30/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. MONEY MARKET FUNDS | | | | | | | | | |
| 72. UBS Financial Services | A | Interest | | | Closed | 01/05/09 | J | | |
| 73. Fidelity Muni Money Market | A | Interest | L | T | Buy (add'l) | 01/05/09 | J | | |
| 74. FedFund Select Shares | A | Interest | J | | Merged (with line 75) | 01/01/09 | J | | |
| 75. Cantella & Co. Privileged Access Gold Account | A | Int./Div. | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. LIFE INSURANCE POLICIES | | | | | | | | | |
| 79. Phoenix Whole Life | A | Dividend | J | T | | | | | |
| 80. Transamerica Life Companies Whole Life | A | Dividend | K | T | | | | | |
| 81. Penn Mutual Whole Life | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Section VII I previously erroneous;y listed line 74 as a separte entity. Rather line 75 is the name of the account; 74 is the asset in the account. I will no longer make reference to Line 74

Line 17: Added family of funds, to wit, American Funds: Growth Funds of America.

Line 28: Added family of funds, to-wit, "American funds: Fundamental Inv. Inc. F-1."

| Name of Person Reporting | Date of Report |
|---|---|
| Aldisert, Ruggero J. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544